UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| CONNIE PAGE-TRAPP,<br><br>            Plaintiff,<br>v.<br><br>CAROLYN W. COLVIN,<br>Commissioner of Social Security,<br><br>            Defendant. | No.  CV-13-0366-FVS<br><br>JUDGMENT IN A<br>CIVIL CASE |

**DECISION BY THE COURT:**

This action came to hearing before the court.  The issues have been heard

and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that:

Defendant's Motion for Summary Judgment is **GRANTED**; Plaintiff's

Motion for Summary Judgment is **DENIED**.  Judgment is entered for Defendant.

DATED: January 22, 2015

SEAN F. McAVOY
Clerk of Court

By:  *s/Michelle Fox*
       Deputy Clerk

**1 | JUDGMENT IN A CIVIL CASE**